UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULETTE R. MURPHY-BARNES,

    Plaintiff,

    v.

BANK OF AMERICA, et al.,

    Defendants.

_____/

No. C 14-0914 PJH

**JUDGMENT**

    The court having dismissed the above-entitled action for lack of subject matter jurisdiction,

    It is Ordered and Adjudged

    that plaintiff Paulette R. Murphy-Barnes take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge